# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JOSEPH JAY,

        Petitioner

        v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE,

        Respondent

: No. 354 WAL 2019
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.